**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| GMAC Fleet, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 25-cv-6896 |
| | ) | |
| v. | ) | Honorable April M. Perry |
| | ) | |
| Northern Illinois Auto Group, Inc. d/b/a Lake Street Motors, and James Gosnell, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Northern Illinois Auto Group, Inc. d/b/a Lake Street Motors and James Gosnell, by and through their attorneys, ML LeFevour & Associates, pursuant to Fed. R. Civ. P. 56 hereby moves for Summary Judgment on both Counts of the Complaint and in support thereof, states as follows:

1. In support of this motion, Defendants submit a Memorandum of Law and a Statement of Undisputed Facts pursuant to Local Rule 56.1 (a), together with the Exhibits attached thereto.

2. Defendants submit that there are no issues of material fact that the Defendants are not liable to Plaintiff pursuant to 720 ILCS 5/17-1 B1 or (E) because of the agreement between the parties that post-dated checks issued to Plaintiff in the form of a note, rather than a check to be immediately deposited, were not to be deposited until Plaintiff received notification and authority from Defendant Lake Street Motors to deposit the checks. Accordingly, as a result of this agreement, Plaintiff cannot prove essential elements of its claim under Section B-1 and therefore the Court should enter judgment in favor of Defendants and against Plaintiff.

3. Moreover, as to claims for treble damages, attorney's fees and costs pursuant to 720 ILCS 5/17-1 (E), Plaintiff failed to comply with the statutory notice requirements thereby barring Plaintiff's claims for treble damages, attorney's fees and costs under that section. Defendants request judgment in their favor on the Section 17-1 (E) claims.

Wherefore, Defendants request that the Court grant Summary Judgment in favor of Defendants and against Plaintiff on both Counts of the Complaint and award any other relief that the Court deems appropriate.

Dated: October 9, 2026

Respectfully submitted,

*/s/ Mark LeFevour*

*Attorney for Defendants*

Mark Le Fevour
ML LeFevour & Associates, Ltd.
999 Oakmont Plaza Dr., Suite 600
Westmont, Illinois 60559
847-768-9903
mll@mllalaw.com
Attorney No.6185681

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Defendants' Motion for Summary Judgment, Memorandum in Support of Motion for Summary Judgment, Statement of Undisputed Material Facts, Affidavit of James Gosnell were served on the following counsel of record by email and Electronic Service by CMF on October 9, 2026:

George Bellas george@bellas-wachowski.com

misty@bellas-wachowski.com

sara@bellas-wachowski.com

*Mark LeFevour*

Mark LeFevour
*Attorney for Defendants*

Mark Le Fevour
ML LeFevour & Associates, Ltd.
999 Oakmont Plaza Dr., Suite 600
Westmont, Illinois 60559
847-768-9903
mll@mllalaw.com
Attorney No.6185681